```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 30939
   CLINTON M RIDLEY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8615

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/08/2005 and was confirmed 09/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED            1000.00         93.66           363.28
LITTON LOAN SERVICING      CURRENT MORTG    19260.43            .00         19260.43
SHAPIRO & KREISMAN         NOTICE ONLY      NOT FILED           .00              .00
LITTON LOAN SERVICING      CURRENT MORTG     6487.42            .00          6487.42
SHAPIRO & KREISMAN         NOTICE ONLY      NOT FILED           .00              .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      885.81            .00              .00
NATIONAL FURNITURE COMPA   UNSEC W/INTER   NOT FILED            .00              .00
LITTON LOAN SERVICING      MORTGAGE ARRE    11774.09            .00          4853.39
LITTON LOAN SERVICING      MORTGAGE ARRE     1600.00            .00           659.55
ARONSON FURNITURE          UNSEC W/INTER     1394.72            .00              .00
GREAT AMERICAN FINANCE     SECURED NOT I      800.00            .00              .00
GREAT AMERICAN FINANCE     FILED LATE         121.36            .00              .00
NEW AGE CHICAGO FURNITUR   FILED LATE        1405.75            .00              .00
TRIAD FINANCIAL CORP       FILED LATE       12670.53            .00              .00
LEDFORD & WU               DEBTOR ATTY      2,700.00                        2,700.00
TOM VAUGHN                 TRUSTEE                                          2,052.42
DEBTOR REFUND              REFUND                                                .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              36,470.15

PRIORITY                                            .00
SECURED                                       31,624.07
    INTEREST                                      93.66
UNSECURED                                           .00
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           2,052.42
DEBTOR REFUND                                       .00
                                          ---------------   ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 30939 CLINTON M RIDLEY
```

```
TOTALS                              36,470.15          36,470.15
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
Dated: 09/24/08                  _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```